FILED
CLERK, U.S. DISTRICT COURT
JUL 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HILARIO GUZMAN-GONZALEZ,<br><br>Defendant. | Case No.: CR 14-907-DSF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.   (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _prior failure to appear in Court, failures to report to Probation officer, absconded from supervision_

and/or

1  B.     ( ✓ ) The defendant has not met his/her burden of establishing by clear and
2         convincing evidence that he/she is not likely to pose a danger to the safety of any
3         other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4         finding is based on: _Criminal record_____

5  _____
6  _____
7  _____
8

9         IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.

11
12 Dated: July 16, 2014                          *Alicia G. Rosenberg*
13                                               ALICIA G. ROSENBERG
                                                 United States Magistrate Judge