# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Hilario Guzman-Gonzalez<br><br>　　　　　　　　Defendant. | Case No.: 13 cr ██ 907 DSF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　[X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _the government's proffer, the pretrial services report and recommendation, and the defendant's statement that he does not contest detention_

and/~~or~~

B.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  the government's proffer, the pretrial services report and recommendation, and defendant's position that he does not contest the government's request for detention.

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 9/20/2016

ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE